# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 4:11-CR-00350 |
| v. : | (Judge Conner) |
| **JAMES DIXON** : | |

## ORDER

AND NOW, this 7th day of June, 2012, upon consideration of defendant James Dixon's ("Dixon") Motion to Dismiss Indictment for Violations of the Speedy Trial Act and the Sixth Amendment (Doc. 18), wherein Dixon argues that his pretrial confinement has amounted to a violation of his rights under the Sixth Amendment and federal law, and it appearing that Dixon is represented by counsel but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the Motion (Doc. 18) is DENIED without prejudice to Dixon's right to re-file the motion with the assistance of counsel or at such time that the court grants Dixon permission to proceed *pro se* in the above-captioned matter.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge